389 P.3d 942

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**Rebecca VETTER, Defendant-Appellee**

**NO. CAAP-16-0000336**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 15, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CR. NO. 16-1-0139)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

389 P.3d 942

**Gina GILLUM, Appellant-Appellant,**

v.

**STATE of Hawai'i, DEPARTMENT
OF HUMAN SERVICES,
Appellee-Appellee**

**NO. CAAP-14-0000801**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 24, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 13-1-0532-02 RAN)

## MEMORANDUM OPINION

Affirm.

389 P.3d 942

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Hunnie VAA, Defendant-Appellant.**

**NO. CAAP-16-0000007**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 24, 2017.

APPEAL FROM THE DISTRICT
COURT OF THE FIRST CIRCUIT (HON-OLULU DIVISION) (CASE NO.
1P1120007061)

SUMMARY DISPOSITION ORDER

Vacate. Remand.